**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**WILLIAM NELSON, ET AL.**
                                                      **CIVIL ACTION**
**VERSUS**
                                                      **NO. 24-709-JWD-SDJ**
**ROBERT DUPREE, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 22, 2025 (Doc. 103), to which objections (Docs. 110, 112, 115 were filed and considered;

**IT IS ORDERED** that the Complaint and all claims asserted in this matter are **DISMISSED** without prejudice for lack of subject matter jurisdiction, with prescription suspended for thirty days so that Plaintiff may re-file in state court should he choose to do so.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 15, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**